UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP C. ROGERS,

        Plaintiff,

v.

RUSHMORE MARKETING
SERVICES, LLC
D/B/A TEXT4MMJ,
MICHAEL LEE KIEFFER, and
HELEN MARGARET FITZGERALD,

        Defendants.

_____/

Case No. 1:19-cv-289

Hon. Paul L. Maloney

**STIPULATION AND ORDER TO
DISMISS**

**ORDER**

| | |
|---|---|
| Phillip C. Rogers (P34356) | Steven W. Dulan (P54914) |
| | THE LAW OFFICES OF<br>STEVEN W. DULAN, PLC |
| Attorney for Plaintiff<br>6140 28th St. SE, Suite 115<br>Grand Rapids, MI 49546<br>Ph. (616)776-1176 | Attorney for Defendants<br>1750 E Grand River Ave, Suite 101<br>East Lansing, MI 48823<br>Ph. (517) 333-7132<br>Fax (517)333-1691 |

## STIPULATION AND ORDER TO DISMISS

All matters in dispute between all the parties to the above-entitles cause having
been satisfactorily compromised and settled:

It is stipulated and agreed by the parties, and by their respective attorneys, that the
cause may be dismissed, without costs to either party, all costs having been paid.

It is further stipulated that an Order pursuant to the above may be entered of
record without further notice to either party, upon the presentation of this
Stipulation.

It is further stipulated that the dismissal shall be a bar to the bringing of any action
on or including the claims in this action.

For these reasons, the parties request that the court enter an Order dismissing this

cause with prejudice.

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

At a session of court held in the courthouse
in Grand Rapids, Michigan, on
March _____, 2020
Present: Honorable Paul L. Maloney,
District Court Judge

The court has read and filed the stipulation for dismissal with prejudice and without costs, which
has been expressly approved by the court, and is otherwise fully advised in the premises.

IT IS ORDERED:

This action is dismissed with prejudice to all parties and claims joined in it and without costs to
any party. This dismissal is subject to being set aside only for the purpose of entry of judgment
in accordance with the terms of the settlement stipulation and not for the purpose of any trial or
further proceedings at any time.

This order disposes of the last pending claim and closes the case.

Approved as to content and form:

Dated: _____        /s/ _____
                                        Hon. Paul L. Maloney, District Court Judge

Dated: _3/6/20_____        /s/ by _____ w/ permission ____
                                        Phillip C. Rogers, Attorney for Plaintiff

Dated: _3/6/20_____        /s/ _____
                                        Steven W. Dulan, Attorney for Defendants