UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP C. ROGERS, | Case No. 1:19-cv-289 |
| Plaintiff, | |
| v. | Hon. Paul L. Maloney |
| RUSHMORE MARKETING SERVICES, LLC D/B/A TEXT4MMJ, MICHAEL LEE KIEFFER, and HELEN MARGARET FITZGERALD, | **STIPULATION AND ORDER TO DISMISS** **ORDER** |
| Defendants. | |

Phillip C. Rogers (P34356)

Attorney for Plaintiff
6140 28th St. SE, Suite 115
Grand Rapids, MI 49546
Ph. (616)776-1176

Steven W. Dulan (P54914)

THE LAW OFFICES OF
STEVEN W. DULAN, PLC

Attorney for Defendants
1750 E Grand River Ave, Suite 101
East Lansing, MI 48823
Ph. (517) 333-7132
Fax (517)333-1691

### STIPULATION AND ORDER TO DISMISS

All matters in dispute between all the parties to the above-entitles cause having been satisfactorily compromised and settled:

It is stipulated and agreed by the parties, and by their respective attorneys, that the cause may be dismissed, without costs to either party, all costs having been paid.

It is further stipulated that an Order pursuant to the above may be entered of record without further notice to either party, upon the presentation of this Stipulation.

It is further stipulated that the dismissal shall be a bar to the bringing of any action on or including the claims in this action.

For these reasons, the parties request that the court enter an Order dismissing this

cause with prejudice.

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

At a session of court held in the courthouse
in the Western District of Michigan, on
March __10__, 2020
Present: Honorable Paul L. Maloney,
District Court Judge

The court has read and filed the stipulation for dismissal with prejudice and without costs, which has been expressly approved by the court, and is otherwise fully advised in the premises.

IT IS ORDERED:

This action is dismissed with prejudice to all parties and claims joined in it and without costs to any party. This dismissal is subject to being set aside only for the purpose of entry of judgment in accordance with the terms of the settlement stipulation and not for the purpose of any trial or further proceedings at any time.

This order disposes of the last pending claim and closes the case.

Approved as to content and form:

/s/ Paul L. Maloney
Hon. Paul L. Maloney,
United States District Judge

Dated: 3/6/20

/s/ by [signature] w/ permission
Phillip C. Rogers, Attorney for Plaintiff

Dated: 3/6/20

/s/ [signature]
Steven W. Dulan, Attorney for Defendants